UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHONDOLYN ROCHELLE BLEVINS,<br><br>Plaintiff,<br><br>v.<br><br>CHARLESTON C. IWUAGWU, et al.,<br><br>Defendants. | Case No. 18-03429 BLF (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE COMPLETE *IN FORMA PAUPERIS* APPLICATION** |

On June 8, 2017, Plaintiff, a California state prisoner, filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983.[1] On the same day, the Clerk sent Plaintiff a notice informing him that he must either pay the filing fee or file an *In Forma Pauperis* ("IFP") application within twenty-eight days or else the case would be dismissed. (Docket No. 2.) On June 25, 2018, Plaintiff filed a deficient IFP application. (Docket No. 5.) Specifically, Plaintiff's IFP application did not contain a prisoner trust statement showing the last six-months of transactions. (*Id.*)

In the interest of justice, Plaintiff shall be granted an extension of time to either pay the filing fee or file the necessary document to support the IFP application filed. Plaintiff

---

[1] This matter was reassigned to this Court on July 10, 2018. (Docket No. 8.)

shall file necessary documents **no later than twenty-eight (28) days** from the filing date of this order.

**IT IS SO ORDERED.**

Dated: July 24, 2018

BETH LABSON FREEMAN
United States District Judge

Order Granting EOT to file IFP App.
P:\PRO-SE\BLF\CR.18\03429Blevins_eot-ifp.docx

2