UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHONDOLYN ROCHELLE BLEVINS,<br><br>Plaintiffs,<br><br>v.<br><br>CHARLESTON C. IWUAGWU, et al.,<br><br>Defendants. | Case No.: 5:18-cv-03429-BLF<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that:

(1) I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California; and

(2) On 3/26/2019, I SERVED a true and correct copy(ies) of the **ORDER OF DISMISSAL WITH LEAVE TO AMEND** filed on 3/25/2019, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's office.

Shondolyn Rochelle Blevins ID: 15329-035
Federal Medical Center-Carswell
P.O. Office Box 27137
Fort Worth, TX 76127

Dated: 3/26/2019

Susan Y. Soong
Clerk, United States District Court

By_____
Tiffany Salinas-Harwell, Deputy Clerk to
the Honorable Beth Labson Freeman

*Service_Certificate _CRD*
*rev. August 2018*