UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHONDOLYN ROCHELLE BLEVINS,<br>　　　　　Plaintiff,<br>　　v.<br>CHARLESTON C. IWUAGWU, et al.,<br>　　　　　Defendants. | Case No. 18-03429 BLF (PR)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT**<br><br>(Docket No. 16) |

Plaintiff, a federal prisoner, filed a *pro se* civil rights complaint against officials at Federal Correctional Institute in Dublin ("FCI"), where she was formerly incarcerated. After an initial screening, the Court dismissed the complaint with leave to amend for Plaintiff to attempt to correct several deficiencies. (Docket No. 12.) Plaintiff filed an amended complaint. (Docket No. 13.) After screening the amended complaint on March 25, 2019, the Court found that it had the same deficiency as the original complaint in that it contains different claims against different Defendants and is therefore subject to dismissal for failure to comply with Rules 18(a) and 20(a) of the Federal Rules of Civil Procedure. (Docket No. 14 at 3.) In the interest of justice, the Court dismissed the amended complaint with leave to file a second amended complaint no later than twenty-eight days from the filing date of the order, i.e., by April 22, 2019. (*Id.*)

1      Plaintiff has filed a motion for an extension of time to file a second amended complaint, stating that the Clerk failed to send her two copies of the court's form complaint as was directed in the court order. (Docket No. 16.) Having shown good cause, Plaintiff's motion is **GRANTED**. Plaintiff shall file a second amended complaint **within twenty-eight (28) days** from the filing date of this order.

     **The Clerk is directed to send Plaintiff two copies of the court's form complaint along with this order.**

     This order terminates Docket No. 16.

     **IT IS SO ORDERED.**

Dated: __April 23, 2019__

*[signature]*
BETH LABSON FREEMAN
United States District Judge

Order Granting M. for Ext. of Time to File Second Am. Compl.
PRO-SE\BLF\CR.18\03429Blevins_eot-ac

2