UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHONDOLYN ROCHELLE BLEVINS, Plaintiff, v. CHARLESTON C. IWUAGWU, et al., Defendants. | Case No. 18-03429 BLF (PR) **JUDGMENT** |

The Court has dismissed the second amended complaint for failure to state a claim upon which relief may be granted. Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: _September 26, 2019_

BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\CR.18\03429Blevins_judgment