UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHONDOLYN ROCHELLE BLEVINS, <br> Plaintiff, <br> v. <br> CHARLESTON C. IWUAGWU, et al., <br> Defendants. | Case No. 18-03429 BLF (PR) <br><br> **ORDER REVOKING *IN FORMA PAUPERIS* STATUS ON APPEAL** |

Plaintiff, a federal prisoner, filed this civil action against officials at the Federal Correctional Institute in Dublin, and was granted leave to proceed *in forma pauperis* ("IFP"). (Docket No. 11.) On September 26, 2019, the Court dismissed the action because Plaintiff failed to state sufficient facts to support any cognizable claims in her second amended complaint, after being given two opportunities to do so. (Docket No. 20.) Plaintiff appealed the matter. (Docket No. 22.)

The Ninth Circuit has referred this matter back to this Court for the limited purpose of determining whether IFP status should continue on appeal or whether the appeal is frivolous or taken in bad faith. (Docket No. 24.) The Court finds that the appeal is frivolous since the dismissal was proper. *See* 28 U.S.C. § 1915(a)(3). Accordingly, Plaintiff's IFP status is **REVOKED**.

1 | The Clerk shall send a copy of this order to Plaintiff as well as to the Ninth Circuit.

2 | **IT IS SO ORDERED.**

3 | Dated: _October 31, 2019_

*/s/ Beth Labson Freeman*
BETH LABSON FREEMAN
United States District Judge