UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHONDOLYN ROCHELLE BLEVINS,<br><br>Plaintiff,<br><br>v.<br><br>CHARLESTON C. IWUAGWU, et al.,<br><br>Defendants. | Case No. 18-03429 BLF (PR)<br><br>**ORDER DENYING MOTION AS MOOT**<br><br><br><br>(Docket No. 26) |

Plaintiff, a federal prisoner, filed this civil action against officials at the Federal Correctional Institute in Dublin. On September 26, 2019, the Court dismissed the action because Plaintiff failed to state sufficient facts to support any cognizable claims in her second amended complaint, after being given two opportunities to do so. (Docket No. 20.) Plaintiff appealed the matter. (Docket No. 22.) This matter is now before the Ninth Circuit on appeal, and this Court has no jurisdiction. Accordingly, Plaintiff's "motion to show cause," (Docket No. 26), is DENIED as moot. The Clerk shall include a copy of the docket with a copy of this order to Plaintiff.

This order terminates Docket No. 26.

**IT IS SO ORDERED.**

Dated: _November 20, 2019_

BETH LABSON FREEMAN
United States District Judge

Order Denying Motion
P:\PRO-SE\BLF\CR.18\03429Blevins_motion.docx